**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE<br><br>**DIANA LIZ LAUREANO CORDOVA**<br><br>DEBTOR(S) | **CASE NO. 16-03450-MCF**<br><br>**CHAPTER: 13** |

### MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE AUTO,** a division of Popular Auto LLC, holder of a secured claim and MOVANT, through its undersigned counsel, and very respectfully to the Honorable Court, alleges and prays as follows:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle MITSU MIRAGE 2015 registered under number 1167, executed by debtor(s) on OCTOBER 16, 2014.

2. Debtor(s) filed the instant bankruptcy petition under Chapter 13 on APRIL 29, 2016.

3. Debtor's (s') Chapter 13 Plan was confirmed on JULY 11, 2016. According to said Plan, debtor (s) will pay directly to Movant the post –petition payments of the vehicle describe in averment number 1.

4. However, debtor(s) has (have) breached the aforementioned Plan proposal. As of today's date debtor(s) shows **TWO(2) post-petition arrears on monthly installments corresponding to the months of July and August, 2018 for a total amount of post-petition installments due of $762.30.**

5. Section 1307 (c)(6) of the Bankruptcy Code (11 USC Section 1307 (c)(6)) provides for the dismissal of a case under Chapter 13 for "material default by the debtor with respect to a term of a Confirmed Plan."

6. The situation above explained is effectively causing undue prejudice to Movant's rights as a holder of a secured claim.

7. Therefore, according to Section 1307 (c)(1)(supra) debtor's(s') unreasonable delay which is prejudicial to creditor, is sufficient cause to warrant the dismissal of debtors' bankruptcy petition.

**WHEREFORE**, it is respectfully requested from the Honorable Court to order the

QURMTDRC.doc

dismissal of the instant bankruptcy petition according to the aforementioned bankruptcy disposition.

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **JOSE R. CARRION,** Trustee and **ROBERTO A. FIGUEROA COLON,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **DIANA LIZ LAUREANO CORDOVA,, HC 70 BOX 25994 SAN LORENZO, PR 00754** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 29th day AUGUST, 2018.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QURMTDRC.doc

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **DIANA LIZ LAUREANO CORDOVA** <br><br><br> **DEBTOR(S)** | **CASE NO 16-03450-MCF** <br><br> **CHAPTER 13** |

## MOTION SUBMITTING DECLARATION
## UNDER PENALTY OF PERJURY

Comes now, RELIABLE AUTO, A DIVISION OF POPUAR AUTO LLC holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **FELIPE MARRERO CLEMENTE, Administrative Coordinator** for RELIABLE AUTO, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20 day of AUGUST, 2018.

                                      **S/FELIPE A. MARRERO CLEMENTE**
                                      **ADMINISTRATIVE COORDINATOR**
                                      P. O. Box 21382
                                      San Juan, PR 00928-1382
                                      Tel: (787)625-6717 Fax: (787)625-4891
                                      fmarreroc@reliableauto.com

Department of Defense Manpower Data Center

Results as of : Aug-20-2018 01:25:32 PM

SCRA 4.6



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-8069 |
| Birth Date: | |
| Last Name: | LAUREANO CORDOVA |
| First Name: | DIANA |
| Middle Name: | LIZ |
| Status As Of: | Aug-20-2018 |
| Certificate ID: | TNYFW6J02Y53SF2 |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-03450-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Mon Aug 20 13:35:09 AST 2018 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR 00936-6818 |
| Citibank/Radio Shack<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/The Home Depot<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN, PR 00908-0146 | Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 | Island Finance<br>PO Box 71504<br>San Juan, PR 00936-8604 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | Syncb/hdfurn<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank/Home Design<br>PO Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Walmart<br>Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | DIANA LIZ LAUREANO CORDOVA<br>HC 70 BOX 25994<br>SAN LORENZO, PR 00754-9617 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO ARISTIDES FIGUEROA COLON<br>FIGUEROA & SERRANO PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)RELIABLE FINANCIAL SERVICES, INC.<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Quantum3 Group LLC as agent for      End of Label Matrix
MOMA Funding LLC                        Mailable recipients    20
PO Box 788                              Bypassed recipients     1
Kirkland, WA 98083-0788                 Total                  21
```